IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

PAUL WEBB, )
)
              Plaintiff, )
)
v. ) Case No. 14 CV 1289
)
TIMOTHY POTOCHNIK and ASSURANT, INC., )
)
              Defendants. )
)

## COMPLAINT

COMES NOW the Plaintiff, by and through his counsel of record, Stephen L. Brave of the Brave Law Firm, LLC, and for his claim against the Defendants, alleges and states as follows:

### PARTIES AND VENUE

1. Plaintiff is a resident and citizen of South Carolina.

2. Defendant Timothy Potochnik is a resident of Wichita, Kansas and may be served at his residence of 701 S. Rutan, Wichita, Kansas 67218.

3. Defendant Assurant, Inc. is a foreign for-profit limited liability company corporation with a principal place of business in New York, New York. This Defendant may be served through its registered agent, CSC – Lawyers Incorporating Service Copmany, 221 Bolivar Street, Jefferson City, Missouri 65101.

4. This action is brought pursuant to 28 U.S.C. Section 1332(a) on the basis of diversity of citizenship. The matter is in excess of the sum of Seventy-Five Thousand Dollars ($75,000.00) exclusive of interest, attorneys' fees and costs.

5. This Court has proper venue and jurisdiction over the persons and subject matter.

## FACTUAL AVERMENTS

6. On September 5, 2012 Defendant Potochnik was traveling southbound on Porter Avenue in Wichita, KS when he negligently struck the Plaintiff with his vehicle.

7. As a result of being negligently struck by Defendant Potochnik's vehicle, the Plaintiff sustained injury, including multiple fractures.

8. Defendant Potochnik's conduct was negligent in that he inattentively operated his vehicle and was not paying appropriate attention to his surroundings. The conduct of Defendant Holdeman as described above was willful and wanton and Plaintiff seeks punitive damages in addition to compensatory damages.

9. At the time that Defendant Potochnik negligently struck the Plaintiff with his vehicle he was acting within the course and scope of his employment with Assurant, Inc.

10. Assurant, Inc. is vicariously liable for the negligent conduct of its employee, Defendant Potochnik.

11. The conduct of Defendant Potochnik was reckless and wanton and Plaintiff seeks punitive damages in addition to compensatory damages.

12. As a direct and proximate result of the negligence and carelessness of the Defendants, Plaintiff has been damaged with pain and suffering, mental anguish, loss of time, loss of enjoyment of life, medical expenses, economic loss, permanent

disfigurement, and permanent disability. In the future, he will likely incur further damages of the same or similar nature.

WHEREFORE, the Plaintiff seeks judgment against the Defendants for damages in excess of $75,000.00, for prejudgment interest herein at the maximum amount allowed by law from the earliest date possible, punitive damages, costs and expenses to be determined, and for whatever other relief that the Court finds to be just and equitable.

BRAVE LAW FIRM, LLC

*(signature)*

Stephen L. Brave #20025
3500 N. Rock Road, Building 100
Wichita, KS 67226
316-636-9500
(fax) 316-636-9550
sbrave@bravelawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

PAUL WEBB, )
)
               Plaintiff, )
)
v. ) Case No. 14 CV 1289
)
TIMOTHY POTOCHNIK and ASSURANT, INC., )
)
               Defendants. )
)

## DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff and demands a pretrial conference and a trial by jury of twelve (12) persons in this matter.

                                                                      */s/ Stephen L. Brave*
                                                                     Stephen L. Brave #20025

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT WICHITA, KANSAS

PAUL WEBB, )
 )
              Plaintiff, )
 )
v. ) Case No. 14 CV 1289
 )
TIMOTHY POTOCHNIK and ASSURANT, INC., )
 )
              Defendants. )
 )

### DESIGNATION OF PLACE OF TRIAL

COMES NOW the Plaintiff and designates Wichita, Kansas as the place for trial in this matter.

_____
Stephen L. Brave #20025

5